UNITED STATES of America,
Plaintiff–Appellee,

v.

Sammy LAMY, a.k.a. Sinmy Lamy,
Defendant–Appellant.

No. 11–13344
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 1, 2012.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Christopher P. Canova, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

William Rourk Clark, Jr., Gwendolyn L. Spivey, Randolph P. Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Sammy Lamy, Miami, FL, pro se.

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Sammy Lamy in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Lamy's conviction and sentence are **AFFIRMED.**